# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:05-CV-2185** |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **GLENN LEHMAN, JR., and KATHRYN A. LEHMAN,** : | |
| Defendants : | |

## ORDER

AND NOW, this 7th day of September, 2006, it is hereby ORDERED that plaintiff's unopposed motion (Doc. 12) to confirm the July 13, 2006, United States Marshal sale of the foreclosed real property, located at 106 Elm Avenue, Fredericksburg, Pennsylvania is GRANTED. The United States Marshal is directed to execute and deliver to GREGORY S. MUSSER and DOUGLAS H. MUSSER, their successors and assigns, a good and sufficient deed, conveying all the right, title, and interest of GLENN LEHMAN, JR., and KATHRYN A. LEHMAN in and to the premises sold, located at 106 Elm Avenue, Fredericksburg, Pennsylvania, 17026. Jurisdiction in the above-captioned matter is retained for such further orders or decrees as may be necessary.

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge