IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | **CIVIL ACTION NO. 1:05-CV-2185** |
| **Plaintiff** : | **(Judge Conner)** |
| v. : | |
| **GLENN LEHMAN, JR., and KATHRYN A. LEHMAN,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 26th day of September, 2006, upon consideration of plaintiff's motion for disbursement of funds (Doc. 14) from the sale of real property located at 106 Elm Avenue, Fredericksburg, Pennsylvania, and of the order of court dated September 7, 2006 (Doc. 13), confirming the sale of that property, it is hereby ORDERED that the motion (Doc. 14) is GRANTED.  The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 14).

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge